IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROY DALE MATHIS )
)
v. ) NO. 3:08-0277
) JUDGE CAMPBELL
TRUMAN JONES, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 32), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Gaither's Motion for Partial Dismissal (Docket No. 20) is GRANTED, and all claims against her in her individual capacity are DISMISSED.[1] In addition, Defendant Clayton's Motion to Dismiss (Docket No. 24) is GRANTED, and all claims against Defendant Clayton are DISMISSED.[2]

The remaining claims are set for trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Absolute judicial immunity is extended to non-judicial officers who perform "quasi-judicial" duties. Bush v. Rauch, 38 F.3d 842, 847 (6th Cir. 1994).

[2] Judges are entitled to absolute judicial immunity from suits for money damages for all actions taken in the judge's judicial capacity, unless those actions are taken in the complete absence of any jurisdiction. Jonaitis v. Morrison, 2008 WL 151252 at * 3 (W.D. Mich. Jan. 14, 2008).