IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROY DALE MATHIS                          )
                                         )
v.                                       ) NO. 3:08-0277
                                         ) JUDGE CAMPBELL
TRUMAN JONES, et al.                     )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 70), to which no timely Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motions for Summary Judgment (Docket Nos. 47 and 58) are GRANTED, and this action is DISMISSED. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

The pretrial conference set for June 18, 2009, and the jury trial set for July 7, 2009, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE